**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000364**
**19-OCT-2022**
**08:12 AM**
**Dkt. 72 OCOR**

NO. CAAP-21-0000364

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
TROY D. BORGE, JR., Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CPC-20-0000288)

ORDER OF CORRECTION
(By:  McCullen, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order entered on September 14, 2022 (docket no. 70) in the above case is corrected as follows:

The date of the Judgment; Conviction and Sentence in the last paragraph on page 14 is incorrect.  The correct date should be June 7, 2021 so that the paragraph reads:  "Based on the foregoing, we hold that the circuit court did not err in denying Borge's Motion to Dismiss and ordering restitution to the CW, and affirm the circuit court's June 7, 2021 Judgment; Conviction and Sentence."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, October 19, 2022.

FOR THE COURT:

/s/ Sonja M.P. McCullen
Associate Judge

---

[1]  Leonard, Presiding Judge, Nakasone and McCullen, JJ.